# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

Before the Honorable Joe Heaton
United States Courthouse, Room 3301, Oklahoma City, Oklahoma

## ORDER FOR STATUS CONFERENCE

**NOTICE TO ALL COUNSEL**:

1.  Counsel are required to file the **Joint Status Report and Discovery Plan** (now a single document) not later than **August 28, 2017**.  *See* LCvR16.1(a)(1) and *Appendix II.*

2.  Counsel should give particular attention to paragraph 10 of the Joint Status Report and Discovery Plan.  In appropriate cases, the court may conclude a formal status conference is unnecessary and will proceed with entry of a Scheduling Order based solely on the information provided in the Joint Status Report and Discovery Plan.  **If a Scheduling Order is entered prior to the conference, the conference is deemed stricken and counsel need not appear.**

3.  Unless personal attendance is excused, the conference shall be attended by counsel with authority to make appropriate decisions and by any *pro se* litigants, at the time indicated below.  *See* LCvR16.1(a)(2).

---

## WEDNESDAY, SEPTEMBER 6, 2017

| 9:30 A.M. | **CIV-17-0345-HE**<br>ANCIO ROBINSON V. CADDO COUNTY BOARD OF COUNTY COMMISSIONERS, ET AL., | John Bryan, Esq.,<br>Malik Shabazz, Esq.,<br>Gregory Lattimer, Esq.,<br>Steven Terrill, Esq., |
|---|---|---|
| | | Ambre Gooch, Esq.,<br>Chantel James, Esq.,<br>Robert Jones, Jr., Esq.,<br>Jessica Dark, Esq.,<br>Randall Wood, Esq.,<br>Robert Lafferrandre, Esq.,<br>Jeffrey Hendrickson, Esq., |

| Time | Case | Attorneys |
|---|---|---|
| 9:40 A.M. | **CIV-16-0019-HE**<br>SHERRY ELLIS, ET AL., V. DANIEL HOLTZCLAW, ET AL.,<br><br>**CIV-16-0184-HE**<br>TABATHA BARNES, ET AL., V. CITY OF OKALHOMA CITY, ET AL.,<br><br>**CIV-16-0349-HE**<br>ADAIRA GARDNER V. DANIEL HOLTZCLAW, ET AL., | Leah Roper, Esq.,<br>Mark Hammons, Esq.,<br>Amber Hurst, Esq.,<br>Benjamin Crump, Esq.,<br>Damario Solomon-Simmons, Esq.,<br>Melvin Hall, Esq.,<br>Andrew Casey, Esq.,<br>Carla Stinnett, Esq.,<br>Jim Dowell, Esq.,<br>Kirk Olson, Esq.,<br>Nkem Amadi House, Sr., |
| | **CIV-16-0412-HE**<br>ROSETTA GRATE V. CITY OF OKLAHOMA CITY, ET AL., | Elizabeth Stepp, Esq.,<br>Nick Oberheiden, Esq.,<br>Richard Smith, Esq.,<br>Sherri Katz, Esq.,<br>Ambre Gooch, Esq.,<br>Chris Collins, Esq., |
| 10:10 A.M. | **CIV-17-0652-HE**<br>BARRY HUMPHREYS V. TALBOTT ADAMS & MOORE, INC., | Victor Wandres, Esq., |
| | | Scott Breen, Esq.,<br>Wyatt Swinford, Esq., |
| 10:20 A.M. | **CIV-17-0679-HE**<br>MIDWEST HOSE & SPECIALTY, INC., V. FREEWAY DELIVERY, INC., ET AL., | Shawn Fulkerson, Esq.,<br>Carolie Rozell, Esq.,<br>Jennifer Bruner, Esq., |
| | | Jimmie Shelton, Esq.,<br>Michael Woodson, Esq., |
| 10:30 A.M. | **CIV-17-0698-HE**<br>WALI ABDUL QADIR V. CHAD VONTUNGELIN | Douglas Parr, Esq., |
| | | Ambre Gooch, Esq.,<br>Stacey Felkner, Esq., |
| 10:40 A.M. | **CIV-17-0710-HE**<br>CATHERINE BOYD V. HUMANA INSURANCE COMPANY | Jacque Pearsall, Esq., |
| | | Victor Albert, Esq.,<br>Brandon Kemp, Esq., |
| 10:50 A.M. | **CIV-17-0771-HE**<br>ALJEREN WRIGHT V. WAL MART STORES EAST, LP | Robert Haiges, Esq., |
| | | Michael Brewer, Esq.,<br>Jeffrey Scott, Esq., |
| 11:00 A.M. | **CIV-17-0806-HE**<br>CORNELIUS CARTER V. LEWIS MANUFACTURING COMPANY, LLC | Chris Hammons, Esq.,<br>D. Colby Addison, Esq., |
| | | Nathan Whatley, Esq., |

*September, 2017 - Civil Status Conference Docket – Page 2*

| 11:10 A.M. | **CIV-17-0458-HE**<br>TRACI KENYON, ET AL., V. GAGANDEEP SINGH, ET AL., | John Branum, Esq.,<br>Jay Mitchel, Esq., |
|---|---|---|
| | | Dan Folluo, Esq., |
| 11:20 A.M. | **CIV-17-0701-HE**<br>MICHAEL ROTHROCK V. BRAUM'S, ET AL., | Daniel Smolen, Esq.,<br>Jay Mitchel, Esq.,<br>John Branum, Esq.,<br>David Bross, Esq., |
| | | Allen Hutson, Esq.,<br>H. Leonard Court, Esq., |
| 11:30 A.M. | **CIV-17-0627-HE**<br>SYLVAN A. PERRY V. ACCOUNT MANAGEMENT RESOURCES LLC, ET AL., | Brian Ponder, Esq.,<br>Tiffany Hill, Esq., |
| | | Robert Norman, Esq., |