# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **(1) BARRY HUMPHREYS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **17-cv-00652-HE** |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **(1) TALBOTT, ADAMS & MOORE, INC. DBA** | ) | |
| **SPEARS, DEWITT & HALL,** | ) | |
| | ) | |
| **Defendant.** | | |

## NOTICE OF SETTLEMENT

NOW COMES the Plaintiff, Barry Humphreys, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 60 days.

Plaintiff therefore requests that this honorable Court vacate all dates currently set on calendar for the present matter.

Respectfully submitted,



/s/ Victor R. Wandres
Victor R. Wandres, OBA #19591
4835 S. Peoria Ave., Suite 1
Tulsa, OK 74105
(918) 200-9272

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on August 25, 2017, I electronically filed the foregoing Notice of Settlement

with the Clerk of the Court by using the CM/ECF System.   No appearance for Defendant has

been made in this matter.


/s/ Wyatt Swinford                                    /s/ Victor R. Wandres
Wyatt Swinford                                        Victor R. Wandres

/s/ Scott Breen                                       Attorney for Plaintiff
Scott Breen

Attorneys for Defendant